# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| Dr. Hee Yoon Kwon and Hyojin Hong,<br><br>    Plaintiff,<br>  v.<br><br>Joseph Edlow, Director of United States Citizenship and Immigration Services,<br><br>    Defendant. | Case No. 2:25-cv-09678-RMG<br><br>**ORDER AND OPINION** |

Before the Court is Defendant Joseph Edlow's motion to stay. (Dkt. No. 7). On October 1, 2025, appropriations for funding the Department of Justice ("DOJ") and other Federal Government operations lapsed, causing a partial government shutdown. Because the DOJ is prohibited from engaging in its duties—including litigation activities—without appropriations, *see* 31 U.S.C. § 1342, Defendant seeks a stay of this action and an extension of all deadlines. Upon due consideration, Defendant's motion to stay is **GRANTED**. (Dkt. No. 7). This case is hereby **STAYED** until the DOJ's funding is restored, and all pending deadlines in this matter, if any, are extended for the same number of days as the DOJ's lapse in funding.

 s/ Richard Mark Gergel
Richard Mark Gergel
United States District Judge

October 1, 2025
Charleston, South Carolina